IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DIONNA GRANDJEAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO.** |
| : | **1:16-cv-00443-SCJ** |
| **BETTER CARE HOME CARE** : | |
| **SERVICES, INC.** : | |
| : | |
| **Defendant.** : | |

_____

**ORDER GRANTING PARTIES' JOINT MOTION
FOR APPROVAL OF SETTLEMENT AGREEMENT**

Defendant Better Care Home Care Services, Inc. ("Better Care") and Plaintiff Dionna Grandjean filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The parties' Motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the parties' settlement agreement is APPROVED and this action is dismissed WITH PREJUDICE except that the

Court expressly retains jurisdiction to enforce the settlement which has been approved by the Court.  See <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 114 S. Ct. 1673 (1994).  Each party shall bear its or her own costs and expenses.

      SO ORDERED THIS 26th DAY OF September, 2017.

                                 <u>s/Steve C. Jones</u>
                                 The Honorable Steve C. Jones
                                 District Court Judge, Northern District of GA